**Earnest HOWARD, Petitioner**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 2015–3024.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

David Paul Clisham, Clisham & Sorter, San Francisco, CA, argued for petitioner. Also represented by Justine Liv Clisham.

Jessica R. Toplin, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Deborah A. Bynum; Michael J. Rhoades, United States Department of the Army, Scott AFB, IL.

PROST, Chief Judge, DYK and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**